

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2020

No. 04-20-00147-CV

Clyde E. **KEBODEAUX,**
Appellant

v.

Patricia **KEBODEAUX,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00629
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant's unopposed second motion to extend time to file his brief is granted. We order the appellant's brief is due September 11, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court